# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**
OCT 24 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 5:19-mj-71687 MAG |
| Richard Hernandez | ) |
| | ) Charging District: Northern District of Texas |
| Defendant | ) Charging District's Case No. 2:18-CR-071 - D-BR |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court, Northern Dist of Texas<br>205 SE 5th Avenue<br>Amarillo, TX 79101-1559 | Courtroom No.: |
|---|---|
| | Date and Time: 11/6/2019 0:00 am *time TBD* |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 10/24/2019

_____
*Judge's signature*

Nathanael Cousins, United States Magistrate Judge
*Printed name and title*